FILED
AUG 29 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4  MEREDITH B. OSBORN (CABN 250467)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6774
7  FAX: (415) 436-7231
   meredith.osborn@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19-00339 JST |
| Plaintiff, | [PROPOSED] ORDER DIRECTING U.S. MARSHAL TO PLACE DETAINER |
| v. | |
| JAMAAL MYERS, | |
| Defendant. | |

TO THE UNITED STATES MARSHAL:

Whereas the United States of America and the Alameda County District Attorney's Office agree to prosecute concurrently their respective criminal cases against the defendant Jamaal MYERS; the Alameda County Sheriff has retained primary jurisdiction over the defendant; the defendant was ordered brought to this Court from Alameda County Sheriff pursuant to this Court's Writ Ad Prosequendum directed to the Alameda County Sheriff for purposes of appearing in this federal case; the U.S. Marshal would physically house the defendant in the Alameda County Sheriff's facility and the Alameda County Sheriff intends to resume operational and financial responsibility for the defendant upon his return from

federal court; and to secure the defendant's presence in federal court should Alameda County relinquish custody or primary jurisdiction,

**IT IS HEREBY ORDERED:**

The U.S. Marshal shall place a detainer based on this pending federal matter so that defendant shall be delivered to the U.S. Marshal if Alameda County relinquishes custody or primary jurisdiction;

If the defendant is committed and transferred to a penal institution pursuant to a conviction in the local jurisdiction, the detainer shall follow the defendant and, once notified, the U.S. Marshal shall notify this Court and the United States Attorney's Office; and

The U.S. Marshal shall keep the detainer in place throughout the pendency of the federal case unless the U.S. District Court assumes primary jurisdiction or the marshal is directed to withdraw the detainer.

Dated: 8/29/19

HON. DONNA M. RYU
United States Magistrate Judge

ORDER DIRECTING U.S. MARSHAL TO PLACE
DETAINER
CR 19-00339 JST

2